Margaret Smith, Respondent, v. Annie A. Shea, Appellant, Impleaded with James Rooney and Robert Tierney.— Judgment and order affirmed, with costs. No opinion.

Bridget McCarthy, as Administratrix, etc., of Patrick McCarthy, Deceased, Respondent, v. The National Conduit and Cable Company, Appellant, Impleaded with the New York Central and Hudson River Railroad Company.— Judgment and order affirmed, with costs. No opinion.

Agnes S. Miller, Appellant, v. Henry W. Simpson, Respondent, Impleaded with Freling H. Smith.— Judgment affirmed, with costs, on *Matter of Bassford* v. *Johnson* (172 N. Y. 488). Ingraham, J., dissented.

Emily J. De Forest and Others, Appellants, v. Dennett Surpassing Coffee Company, Respondent.— Judgment affirmed, with costs. No opinion.

John Kennedy, Appellant, v. Edwin Outwater and Anna G. Outwater, His Wife, Respondents.— Judgments affirmed, with one bill of costs. No opinion.

Jesse Myers, Respondent, v. San Domingo Improvement Company of New York, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. No opinion.

The Arlington Company, Appellant, v. The Empire City Fire Insurance Company, Respondent.— Judgment and order affirmed on 116 Appellate Division, 459. Scott and Houghton, JJ., dissented.

Martin R. Maxwell, Appellant, v. Roebling Construction Company, Respondent, Impleaded with James D. Murphy Company and Others.— Judgment and order affirmed, with costs. No opinion.

George B. Ritchie, Appellant, v. Robert Kahn, Defendant, Impleaded with Charles L. Birkhahn, Respondent.— Judgment affirmed, with costs. No opinion.

Caesar Misch, Incorporation, Respondent, v. Julius E. Mosheim, Doing Business under the Firm Name and Style of J. E. Mosheim & Co., Appellant.— Judgment and order affirmed, with costs. No opinion.

John J. Falihee, Appellant, v. John Simmons Company, Respondent.— Judgment affirmed, with costs, on 121 Appellate Division, 839.